# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOUIS W. LEE,<br><br>        Petitioner,<br><br>    v.<br><br>W.L. MONTGOMERY, Warden,<br><br>        Respondent. | Case No. CV 14-03601-MMM (JEM)<br><br>**J U D G M E N T** |

In accordance with the Order Accepting Findings and Recommendations of United States Magistrate Judge filed concurrently herewith,

IT IS HEREBY ADJUDGED that the action is dismissed with prejudice.

DATED: October 26, 2015

                                                MARGARET M. MORROW
                                       UNITED STATES DISTRICT JUDGE